# Galveston CAD

## Property Search Results > 145541 AUSTIN JAMES & for Year 2018

### Property

#### Account

| | | | |
|---|---|---|---|
| Property ID: | 145541 | Legal Description: | ABST 9 PAGE 10 LOT 5 BLK 4 COUNTRYSIDE SEC 3 |
| Geographic ID: | 2818-0004-0005-000 | Agent Code: | |
| Type: | Real | | |
| Property Use Code: | | | |
| Property Use Description: | | | |

#### Location

| | | | |
|---|---|---|---|
| Address: | 309 MORNINGSIDE DR LEAGUE CITY, TX 77573 | Mapsco: | |
| Neighborhood: | COUNTRYSIDE SEC 3 | Map ID: | 164-A |
| Neighborhood CD: | 2818 | | |

#### Owner

| | | | |
|---|---|---|---|
| Name: | AUSTIN JAMES & | Owner ID: | 525906 |
| Mailing Address: | DEBRA RAE GARCIA-AUSTIN 309 MORNINGSIDE LEAGUE CITY, TX 77573 | % Ownership: | 100.0000000000% |
| | | Exemptions: | HS |

### Values

| | | | | |
|---|---|---|---|---|
| (+) Improvement Homesite Value: | + | N/A | | |
| (+) Improvement Non-Homesite Value: | + | N/A | | |
| (+) Land Homesite Value: | + | N/A | | |
| (+) Land Non-Homesite Value: | + | N/A | Ag / Timber Use Value | |
| (+) Agricultural Market Valuation: | + | N/A | | N/A |
| (+) Timber Market Valuation: | + | N/A | | N/A |
| | | -------------------- | | |
| (=) Market Value: | = | N/A | | |
| (–) Ag or Timber Use Value Reduction: | – | N/A | | |
| | | -------------------- | | |
| (=) Appraised Value: | = | N/A | | |
| (–) HS Cap: | – | N/A | | |
| | | -------------------- | | |
| (=) Assessed Value: | = | N/A | | |

### Taxing Jurisdiction

Owner: AUSTIN JAMES &
% Ownership: 100.0000000000%
Total Value: N/A

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax |
|---|---|---|---|---|---|
| C40 | LEAGUE CITY | N/A | N/A | N/A | N/A |
| CAD | APPRAISAL DISTRICT | N/A | N/A | N/A | N/A |

EXHIBIT 8

| | | | | | |
|---|---|---|---|---|---|
| GGA | GALVESTON COUNTY | N/A | N/A | N/A | N/A |
| M02 | MUD DISTRICT #02-DISSOLVED | N/A | N/A | N/A | N/A |
| RFL | CO ROAD & FLOOD | N/A | N/A | N/A | N/A |
| S16 | CLEAR CREEK ISD | N/A | N/A | N/A | N/A |
| | Total Tax Rate: | N/A | | | |
| | | | Taxes w/Current Exemptions: | | N/A |
| | | | Taxes w/o Exemptions: | | N/A |

## Improvement / Building

**Improvement #1:** RESIDENTIAL   **State Code:** A1   **Living Area:** 1631.0 sqft   **Value:** N/A

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| MA | MAIN AREA | B11 - * | BV | 1980 | 927.0 |
| OP | OPEN PORCH | B11 - * | | 1980 | 35.0 |
| GA | GARAGE | B11 - * | | 1980 | 475.0 |
| MA2 | MAIN AREA 2ND FLOOR | B11 - * | | 1980 | 704.0 |

**Improvement #2:** RESIDENTIAL   **State Code:** A1   **Living Area:** sqft   **Value:** N/A

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| FUB | METAL OR FRAME UTILITY BLDG | B11 - * | | | 0.0 |

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|---|
| 1 | RL | RL | 0.1848 | 8050.00 | 0.00 | 0.00 | N/A | N/A |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2018 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2017 | $135,330 | $24,150 | 0 | 159,480 | $6,756 | $152,724 |
| 2016 | $114,690 | $24,150 | 0 | 138,840 | $0 | $138,840 |
| 2015 | $114,690 | $24,150 | 0 | 138,840 | $3,760 | $135,080 |
| 2014 | $98,650 | $24,150 | 0 | 122,800 | $0 | $122,800 |
| 2013 | $98,650 | $24,150 | 0 | 122,800 | $0 | $122,800 |
| 2012 | $98,650 | $24,150 | 0 | 122,800 | $0 | $122,800 |
| 2011 | $98,650 | $24,150 | 0 | 122,800 | $0 | $122,800 |
| 2010 | $98,650 | $24,150 | 0 | 122,800 | $0 | $122,800 |
| 2009 | $98,650 | $24,150 | 0 | 122,800 | $0 | $122,800 |
| 2008 | $98,650 | $24,150 | 0 | 122,800 | $0 | $122,800 |
| 2007 | $87,760 | $24,150 | 0 | 111,910 | $0 | $111,910 |

## Deed History - (Last 3 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 4/25/2007 | WD | WARRANTY DEED | GARCIA DEBRA RAE | AUSTIN JAMES & | | 2007031449 | 2007031449 |
| 2 | 6/1/2001 | WV | WARRANTY DEED | | | | 2001028855 | 2001028855 |

|   |           |    |               | VETERANS AFFAIRS              | GARCIA DEBRA RAE   |            |            |
|---|-----------|----|---------------|-------------------------------|--------------------|------------|------------|
| 3 | 1/23/2001 | WD | WARRANTY DEED | CHASE MANHATTAN MORTGAGE CORP | VETERANS AFFAIRS   | 2001004084 | 2001004084 |

## Tax Due

Property Tax Information as of 03/12/2018

Amount Due if Paid on:

| Year | Taxing Jurisdiction | Taxable Value | Base Tax | Base Taxes Paid | Base Tax Due | Discount / Penalty & Interest | Attorney Fees | Amount Due |
|------|---------------------|---------------|----------|-----------------|--------------|-------------------------------|---------------|------------|

NOTE: Penalty & Interest accrues every month on the unpaid tax and is added to the balance. Attorney fees may also increase your tax liability if not paid by July 1. If you plan to submit payment on a future date, make sure you enter the date and RECALCULATE to obtain the correct total amount due.

### Questions Please Call (409) 935-1980

**This year is not certified and ALL values will be represented with "N/A".**